# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER L. PRICE,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>FRAZER TOWNSHIP,  )<br>PENNSYLVANIA,  )<br>  )<br>   Defendant.  ) | Case No. 2:23-cv-00752-WSS |

An **ENE** session was held in the above-captioned matter on **October 23, 2023** at **10:00 a.m.** The case (please check one):

    **X**  has resolved
    ____  has resolved in part (see below)
    ____  has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ___ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain.

_____
_____
_____.

Dated: 10/23/2023        Signature of Neutral: */s/ Sally G. Cimini*