IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER PRICE, | ) |
| Plaintiff, | ) Civil Action No: |
| | ) 2:23-CV-00752 |
| vs. | ) Judge William S. Stickman |
| FRAZER TOWNSHIP, PENNSYLVANIA | ) |
| Defendant | ) Jury Trial Demanded |
| | ) Electronic Filing |

## JOINT STIPULATION AND MOTION TO DISMISS

The parties, through their undersigned counsel, hereby jointly stipulate to the dismissal of the instant action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs.

A proposed Order is attached.

Respectfully submitted,

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**

BY: *s/ Estelle K. McGrath*
ESTELLE K. McGRATH, ESQUIRE
PA ID #87799

**Counsel for Defendant, Frazer Township**
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
(412) 803-1186 // (412) 803-1188 fax
ekmcgrath@mdwcg.com

s/Christian Bagin
Christian Bagin
PA ID # 85511

WIENAND & BAGIN
960 Penn Avenue, Suite 1001
Pittsburgh, PA 15222
PH: (412) 281-1110
FAX: (412) 281-8481

Christian@wienandandbagin.com

Filed November 10, 2023

1